# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' ) | |
| NATIONAL PENSION FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 11-mc-9003-NKL |
| v. ) | |
| ) | |
| MAJOR MECHANICAL SERVICE, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon review of Plaintiffs' Motion to Compel Discovery [Doc. # 3], pursuant to Fed. R. Civ. P. 37, Plaintiffs' Motion is hereby granted. Given Defendants' lack of response to Plaintiffs' discovery requests, Plaintiffs' good faith but unsuccessful efforts to contact Defendants by phone, and the absence of credible contact information for Defendants, Plaintiffs have shown good cause to waive Local Rule 37.1 (a)(2) and compel production of the documents and interrogatories requested by Plaintiffs on August 29, 2011.

WHEREFORE, the Court orders as follows:

Defendants shall fully comply with and respond to Plaintiffs' First Request for Production of Documents and First Set of Interrogatories within 20 days from the date of this Order.

Defendants shall pay Plaintiffs reasonable expenses incurred in making their Motion to Compel Discovery, including attorneys' fees. Within 14 days of the date of this Order, Plaintiffs shall submit to the Court and serve upon Defendant's counsel an itemized list of Plaintiffs' expenses incurred in making their motion, including attorneys' fees. Defendants will have 14 days from the date of service of Plaintiffs' itemized list of expenses to object to the reasonableness of such expenses.

IT IS SO ORDERED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: December 5, 2011
Jefferson City, Missouri